IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD T. SMITH,
    Plaintiff,

v.                                5:09cv313/SPM/MD

MICHAEL J. ASTRUE, et al.,
Commissioner of Social Security,
    Defendants.
_____

**O R D E R**

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision against the Social Security Administration and a motion to proceed *in forma pauperis*. Since the proper defendant is Michael J. Astrue, the clerk will be directed to change the docket to so reflect. Good cause having been shown, plaintiff's motion to proceed *in forma pauperis* (doc. 7) shall be granted. However, before service can be directed, plaintiff must submit four fully completed USM 285 forms for Michael J. Astrue, Commissioner of Social Security, Judge William Greer, the United States Attorney for the Northern District of Florida, and the Attorney General of the United States. Additionally, plaintiff has failed to submit service copies of his complaint.

    Accordingly, it is **ORDERED**:

    1.     The clerk shall change the docket to reflect Michael J. Astrue as the proper defendant on behalf of the Social Security Administration in this case.

    2.     Plaintiff's motion to proceed *in forma pauperis* (doc. 7) is **GRANTED**.

    3.     The clerk of court shall forward to plaintiff four blank USM forms.

    4.     Plaintiff shall submit the completed USM forms, to be served upon Michael J. Astrue, Eric Holder, William Greer, and Thomas F. Kirwin within 15 days of the date of this order, along with four service copies of his complaint.

5. Upon receipt of the completed USM forms and copies of the complaint, the clerk of court is directed to send four certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

6. The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security, the Attorney General of the United States, and William Greer, by <u>certified mail</u>, and upon the office of the United States Attorney for this district by regular U.S. Mail or by hand-delivery.

7. After a response to the complaint has been filed by the defendants, the plaintiff shall be required to mail to the attorney for each defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. The plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each defendant or to the attorney representing each defendant. Any paper submitted for filing after a response to the complaint has been filed by the defendants which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

DONE AND ORDERED this 30th day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**