IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD T. SMITH,

    Plaintiff,

v.                                 CASE NO. 5:09cv313-SPM/MD

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated November 19, 2009. Doc. 14. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 14) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for extension of time and request to transfer (doc. 12) is granted.

3. This case is transferred to the United States District Court for the Middle District of Florida, Orlando Division.

DONE AND ORDERED this 23rd day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge